LYNN HUBBARD III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

RAY L. WONG, SBN 84193
JASON M. HORST, SBN 245370
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: rlwong@duanemorris.com

Attorneys for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>  Plaintiff,<br><br>  vs.<br><br>WENDY'S INTERNATIONAL, INC., et al.,<br><br>  Defendant.<br>_____/ | Case No. 2:13-cv-01576-JAM-CMK<br><br>**JOINT STIPULATION FOR DISMISSAL and ORDER THEREON** |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendants, WENDY'S INTERNATIONAL, INC. and WATERLOO PARK PLAZA, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2). All parties to bear their own respective costs and attorneys' fees.

Dated: February 27, 2014          LAW OFFICES OF LYNN HUBBARD

                                                                          /s/   Lynn Hubbard                /
                                                                          LYNN HUBBARD III
                                                                          Attorney for Plaintiff

Dated: February 27, 2014          DUANE MORRIS LLP

                                                                          /s/   Ray L. Wong                /
                                                                          RAY L. WONG
                                                                          Attorney for Defendants

### **ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, the complaint of plaintiff, USDC Case No. 2:13-cv-01576-JAM-CMK, is dismissed with prejudice in its entirety, with the parties to bear their own respective costs and attorneys' fees.

Dated: 2/27/2014

                                                                          /s/ John A. Mendez_____
                                                                          United States District Court Judge